# United States Court of Appeals
## For the First Circuit

Nos. 10-1549, 11-1308

SOBEIDA FELIZ,
Administratix of the Estate of Santa Encarnacion,

Plaintiff, Appellant,

v.

BRIAIN MACNEILL, M.D.,
Defendant, Appellee,

UNITED STATES, on behalf of Tori Robinson, M.D.;
LAWRENCE HULEFELD, M.D.,

Defendants.

ERRATA SHEET

The opinion of this Court issued on August 22, 2012 is amended as follows:

On the coversheet, replace "Hon. Richard Sterns" with "Hon. Richard Stearns"